IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA (MIAMI DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ABRAHAM EDGARDO ORTEGA,<br><br>*Defendant*. | Case No.: 1:18-cr-20685-KMW |

## JOINT STIPULATION FOR SUBSTITUTION OF COUNSEL

WHEREAS since January 10, 2019, Juan Guaidó has assumed the office of Interim President of the Bolivarian Republic of Venezuela (the "Republic") pursuant to Article 233 of the Venezuelan Constitution;

WHEREAS on January 23, 2019, President Donald Trump issued a statement officially recognizing Mr. Guaidó as Interim President of the Republic and rejecting the legitimacy of the regime of Nicolas Maduro;

WHEREAS on February 26, 2019, the National Assembly of the Republic approved the designation of José Ignacio Hernández González as Special Attorney General to represent the interests of the Republic, state-owned companies, and other decentralized entities of the public administration outside of Venezuela;

WHEREAS the National Assembly of the Republic has renounced the authority of Mr. Maduro and his appointee Reinaldo Muñoz Pedroza;

WHEREAS the undersigned agree that, in light of these facts, Mr. Hernandez has exclusive authority to appoint and direct counsel for the Republic in the United States;

WHEREAS on May 22, 2019, Mr. Hernandez sent a letter to William R. Tunkey of William Tunkey P.A. and Joseph Nascimento of Ross Amsel Raben Nascimento, PLLC stating that he was "terminat[ing] any attorney-client relationship that may have existed between the Republic and" Mr. Tunkey, Mr. Nascimento, and their firms in connection with this case, "effective immediately" (*see* D.E. 104, Ex. A);

WHEREAS Mr. Hernandez further stated that the Republic would henceforth be represented in this case "solely by the law firm of Arnold & Porter Kaye Scholer, LLP";

IT IS HEREBY STIPULATED by and between the undersigned that Jason A. Ross, Kent A. Yalowitz, Arturo Caraballo, Sally L. Pei, Stephen K. Wirth, and Avishai D. Don of Arnold & Porter Kaye Scholer, LLP shall be substituted as counsel of record on behalf of the Bolivarian Republic of Venezeula, and William R. Tunkey of William Tunkey P.A. and Joseph Nascimento of Ross Amsel Raben Nascimento, PLLC shall be relieved of any further responsibility in connection with this action.

<table>
<tr><td>

WILLIAM TUNKEY P.A.

By: */s/ William R. Tunkey*
William R. Tunkey
2250 Southwest Third Avenue, 4th Floor
Miami, Florida 33129
Telephone: +1 305.858.9550
bill@tunkeylaw.com


ROSS AMSEL RABEN NASCIMENTO, PLLC

By: */s/ Joseph Nascimento*
Joseph E. Nascimento
2250 Southwest Third Avenue, 4th Floor
Miami, Florida 33129
Telephone: +1 305.858.9550
joenascimento@crimlawfirm.com

</td><td>

ARNOLD & PORTER KAYE SCHOLER, LLP

By: */s/ Jason A. Ross*
Jason A. Ross
Arturo Caraballo
Sally L. Pei
Stephen K. Wirth
Avishai D. Don
601 Massachusetts Ave., N.W.
Washington, DC 20001-3743
Telephone: +1 202.942.5000
Fax: +1 202.942.5999
jason.ross@arnoldporter.com
arturo.caraballo@arnoldporter.com
sally.pei@arnoldporter.com
stephen.wirth@arnoldporter.com
avishai.don@arnoldporter.com

Kent A. Yalowitz
250 West 55th Street
New York, NY 10019-9710
Telephone: +1 212.836.8000
Fax: +1 212.836.8689
kent.yalowitz@arnoldporter.com

</td></tr>
</table>