# Exhibit 4

NS:md

CFN: 2020R032750 BOOK 32106 PAGE 4985
DATE:09/18/2020 12:26:26 PM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20685-CR-KMW

UNITED STATES OF AMERICA,

vs.

FRANCISCO CONVIT GURUCEAGA, et al.,

Defendant.
_____/

### RENEWAL OF LIS PENDENS

**GRANTEE(S):** Olympia De Castro and Gustavo Hernandez Frieri as co trustees of the 597 Hibiscus Lane Revocable Trust U/A/D December 10, 2013.

TO: ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER EITHER THE DEFENDANT AND/OR GRANTEE any interest in the real property described hereinunder.

NOTICE IS HEREBY GIVEN, pursuant to the provisions of Fla. Stat. § 48.23, as made applicable hereto by the provisions of 28 U.S.C. § 1964, that on June 19, 2018, the United States filed a criminal Indictment in the United States District Court for the Southern District of Florida charging the defendants in the above captioned matter. Pursuant to 21 U.S.C. § 853(p), the United States of America may seek to forfeit the real property located at **597 Hibiscus Lane, Miami, Florida 33137**, including all buildings, improvements, fixtures, attachments and easements found therein or thereon, more particularly described as:

> Lot 5, Block 9, of Bay Point, according to the plat thereof as recorded in Plat Book 40, Page(s) 63, Public Records of Miami-Dade County, Florida.

FURTHER NOTICE IS HERBY GIVEN that the provisions of 21 U.S.C. § 853(k) prohibit any claimant to the described property from: (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any interest in the property subsequent to the filing of an indictment or information alleging that the property is subject to forfeiture, except as provided by the provisions of 21 U.S.C. § 853(n) following the entry of any order of forfeiture. Information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court at Miami, Florida.

Respectfully submitted

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: *Eloisa D. Fernandez for*
Nalina Sombuntham
Assistant United States Attorney
Fla. Bar No. 96139
99 N.E. 4th Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9224
Facsimile: (305) 536-7599
nalina.sombuntham2@usdoj.gov