# Exhibit 2

| HUD-1 | | | | U.S. Department of Housing and Urban Development | | OMB No. 2502-0265 |
|---|---|---|---|---|---|---|
| **A. Settlement Statement** | | | | | | |

**B. Type of Loan**

| ○ 1. FHA | ○ 2. FmHA | ○ 3. Conv. Unins. | **6. File Number** 104866.001 | **7. Loan Number** ID: | **8. Mortg. Ins. Case Num.** |
|---|---|---|---|---|---|
| ○ 4. V.A. | ○ 5. Conv. Ins. | | | | |

**C. NOTE:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| **D. NAME OF BORROWER:** Address of Borrower: | Olympia De Castro and Gustavo Hernandez Frieri as co trustees of the 597 Hibiscus Lane Revocable Trust U/A/D December 10, 2013 | |
|---|---|---|
| **E. NAME OF SELLER:** Address of Seller: | Karine Richard a/k/a Kareen Richard  597 Hibiscus Lane, Miami, Florida 33137 | TIN: |
| **F. NAME OF LENDER:** Address of Lender: | | |
| **G. PROPERTY LOCATION:** | 597 Hibiscus Lane, Miami, Florida 33137 | |
| **H. SETTLEMENT AGENT:** Place of Settlement: | Samuel Spencer Blum, Attorney at Law  Suite 106, 2666 Tigertail Avenue, Coconut Grove, Florida 33133-4651 | TIN: 59-2124457  Phone: 305-854-1885 |
| **I. SETTLEMENT DATE:** | 12/19/13   **DISBURSEMENT DATE:** 12/19/13 | |

| J. Summary of borrower's transaction | | K. Summary of seller's transaction | |
|---|---|---|---|
| **100. Gross amount due from borrower:** | | **400. Gross amount due to seller:** | |
| 101. Contract sales price | 2,725,000.00 | 401. Contract sales price | 2,725,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (Line 1400) | 15,857.53 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance: | | Adjustments for items paid by seller in advance: | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes from 12/19/13 to 12/31/13 | 600.00 | 407. County taxes from 12/19/13 to 12/31/13 | 600.00 |
| 108. Waste from 12/19/13 to 09/30/14 | 285.86 | 408. Waste from 12/19/13 to 09/30/14 | 285.86 |
| 109. | | 409. | |
| 110. Homeowner's Association from 12/19/13 to 12/31/13 | 54.16 | 410. Homeowner's Association from 12/19/13 to 12/31/13 | 54.16 |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross amount due from borrower:** | **2,741,797.55** | **420. Gross amount due to seller:** | **2,725,940.02** |
| **200. Amounts paid or in behalf of borrower:** | | **500. Reductions in amount due to seller:** | |
| 201. Deposit or earnest money | 273,000.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 156,244.77 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. Principal amount of second mortgage | | 504. Payoff of first mortgage loan | 1,642,901.52 |
| 205. | | 505. Payoff of second mortgage loan | 450,000.00 |
| 206. | | 506. Deposits held by seller | |
| 207. Principal amt of mortgage held by seller | | 507. Principal amt of mortgage held by seller | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller: | | Adjustments for items unpaid by seller: | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total paid by/for borrower:** | **273,000.00** | **520. Total reductions in amount due seller:** | **2,249,146.29** |
| **300. Cash at settlement from/to borrower:** | | **600. Cash at settlement to/from seller:** | |
| 301. Gross amount due from borrower (line 120) | 2,741,797.55 | 601. Gross amount due to seller (line 420) | 2,725,940.02 |
| 302. Less amount paid by/for the borrower (line 220) | (273,000.00) | 602. Less total reductions in amount due seller (line 520) | (2,249,146.29) |
| 303. Cash ( ☑ From ☐ To ) Borrower: | 2,468,797.55 | 603. Cash ( ☑ To ☐ From ) Seller: | 476,793.73 |

**Substitute Form 1099 Seller Statement:** The information contained in blocks E, G, H, and I and on line 401 is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.

**Seller Instructions:** If this real estate was your principal residence, file Form 2119, Sale or Exchange of Principal Residence, for any gain, with your tax return; for other transactions, complete the applicable parts of Form 4797, Form 6262 and/or Schedule D (Form 1040).

DoubleTime®

HUD-1 U.S. Department of Housing and Urban Development

| L. Settlement charges | | | | | | Borrower POC Seller POC | Paid from Borrower's Funds at Settlement | Paid from Seller's Funds at Settlement |
|---|---|---|---|---|---|---|---|---|
| 700. Total Sales/Brokers Com. based on price | | | $2,725,000.00 @ | | 3.0000 % = 81,750.00 | | | |
| 701. | 81,750.00 | 3.0000 | % to ONE Sotheby's International Realty | | | | | |
| 702. | | | % to | | | | | |
| 703. | Commission paid at settlement | | ($81,750.00 less deposit held $81,750.00 = $0.00) | | | | | 81,750.00 |
| 704. | Processing and Handling Fee | | to | | | | | |
| 800. Items payable in connection with loan | | | | | | Borrower POC Seller POC | | |
| 801. | Loan origination fee | | % to | | | | | |
| 802. | Loan discount | | % to | | | | | |
| 803. | Appraisal fee | | to | | | | | |
| 804. | Credit report | | to | | | | | |
| 805. | Lender's inspection fee | | to | | | | | |
| 806. | Mortgage insurance application fee | | to | | | | | |
| 807. | Assumption Fee | | to | | | | | |
| 808. | | | to | | | | | |
| 809. | | | to | | | | | |
| 810. | | | to | | | | | |
| 811. | | | to | | | | | |
| 900. Items required by lender to be paid in advance | | | | | | Borrower POC Seller POC | | |
| 901. | Interest from | | to | @ | /day | | | |
| 902. | Mortgage insurance premium for | | months to | | | | | |
| 903. | Hazard insurance premium for | | years to | | | | | |
| 904. | Flood insurance premium for | | years to | | | | | |
| 905. | Windstorm insurance premium for | | years to | | | | | |
| 1000. Reserves deposited with lender | | | | | | Borrower POC Seller POC | | |
| 1001. | Hazard insurance | | | months @ | | per month | | |
| 1002. | Mortgage insurance | | | months @ | | per month | | |
| 1003. | City property taxes | | | months @ | | per month | | |
| 1004. | County property taxes | | | months @ | | per month | | |
| 1005. | Annual assessments | | | months @ | | per month | | |
| 1006. | Flood insurance | | | months @ | | per month | | |
| 1007. | Windstorm insurance premium | | | months @ | | per month | | |
| 1008. | | | | months @ | | per month | | |
| 1009. | Aggregate accounting adjustment | | | | | | | |
| 1100. Title charges | | | | | | Borrower POC Seller POC | | |
| 1101. | Settlement or closing fee | | to | | | | | |
| 1102. | Abstract or title search | | to Samuel Spencer Blum, Attorney at Law | | | | | 200.00 |
| 1103. | Title examination | | to | | | | | |
| 1104. | Title insurance binder | | to | | | | | |
| 1105. | Document preparation | | to | | | | | |
| 1106. | Attorney Fees | | to GrayRobinson, P.A. | | | | | 2,500.00 |
| 1107. | Attorney's Fees | | to Samuel Spencer Blum, Attorney at Law | | | | 3,500.00 | |
| | (includes above item numbers: | | | | | ) | | |
| 1108. | Title Insurance | | to Old Republic Nat. Title/Samuel Spencer | | | | 9,387.50 | |
| | (includes above item numbers: | | | | | ) | | |
| 1109. | Lender's coverage (Premium): | | | | | | | |
| 1110. | Owner's coverage (Premium): | $2,725,000.00 ($9,387.50) | | | | | | |
| 1111. | Endorse: | | | | | | | |
| 1112. | File conversion and storage | | to Samuel Spencer Blum, Attorney at Law | | | | 50.00 | |
| 1113. | Closing services | | to | | | | | |
| 1200. Government recording and transfer charges | | | | | | Borrower POC Seller POC | | |
| 1201. | Recording fees | Deed | $27.00 | Mortgage(s) | Releases | $37.00 | 27.00 | 37.00 |
| 1202. | City/county tax/stamps | Deed | | Mortgage(s) | | | | |
| 1203. | State tax/stamps | Deed | $16,350.00 | Mortgage(s) | | | | 16,350.00 |
| 1204. | Miscellaneous Recordings | | to Miami-Dade County Recording Clerk | | | | | 55.50 |
| 1205. | | | to | | | | | |
| 1300. Additional settlement charges | | | | | | Borrower POC Seller POC | | |
| 1301. | Survey | | to Delta Mapping and Surveying, Inc. | | | | 700.00 | |
| 1302. | 2014 Master Association Payment | | to Bay Point Property Owner Association | | | | 2,148.03 | |
| 1303. | Lien Letter Fee | | to Clear Choice Tax & Lien Service, Inc. | | | | | 310.00 |
| 1304. | Courier/FedEx/Wire Fees | | to Samuel Spencer Blum, Attorney at Law | | | | 45.00 | 210.00 |
| 1305. | Attorney Fees | | to Stephen H. Butter, P.A. | | | | | 36,600.00 |
| 1306. | HOA Estoppel Reimbursement | | to Samuel Spencer Blum | | | | | 519.00 |
| 1307. | Burglar Alarm Permit Renewal | | to City of Miami | | | | | 56.50 |
| 1308. | Association Payoff | | to Association Law Group, P.L., Trust Account | | | | | 17,656.77 |
| 1309. | Additional expenses | (See Attached Addendum) | | | | | | |
| 1400. Total settlement charges | | | | | | | | |
| ( Enter on lines 103, Section J and 502, Section K ) | | | | | | | 15,857.53 | 156,244.77 |

DoubleTime®

# HUD-1 SETTLEMENT STATEMENT ADDENDUM

File Number:   104866.001

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

### Borrower(s)

_____
Olympia De Castro
Co-Trustee

_____
Gustavo Hernandez Frieri
Co-Trustee

### Seller(s)

_____
Kareen Richard

### Settlement Agent

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

Samuel Spencer Blum, Attorney at Law

By: _____    Date: DEC 20, 2013

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

DoubleTime®

# HUD-1 SETTLEMENT STATEMENT ADDENDUM

File Number: 104866.001

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

## Borrower(s)

_____
Olympia De Castro
Co-Trustee

_____
Gustavo Hernandez Frieri
Co-Trustee

*[signature]*
Kareen Richard

## Seller(s)

_____

_____

## Settlement Agent

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

Samuel Spencer Blum, Attorney at Law

By: *[signature]*   Date: Dec 19, 2013

**WARNING:** It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

DoubleTime®