**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 18-20685-CR-WILLIAMS

UNITED STATES OF AMERICA,

                 Plaintiff,

v.

FRANCISCO CONVIT GURUCEAGA, et al.,

                 Defendants.

_____/

<u>**NOTICE OF APPEARANCE ON BEHALF OF THIRD-PARTY PETITIONER**</u>

Greenberg Traurig P.A. enters its appearance as counsel on behalf of Third-Party Petitioner Cristobal3 Partners, LLC.  The Clerk of this Court is requested to send all copies of all court notices pertaining to this cause to the undersigned counsel.

                                 Respectfully submitted,

                                 **GREENBERG TRAURIG, P.A.**
                                 *Attorneys for Cristobal3 Partners, LLC*
                                 333 S.E. 2nd Ave., Suite 4400
                                 Miami, Florida 33131
                                 Telephone: (305) 579-0564
                                 Facsimile: (305) 579-0717

                                 */s/ Jed Dwyer*
                                 JARED E. DWYER
                                 Florida Bar No. 104082
                                 dwyerje@gtlaw.co

1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY, that on the 5th of November 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Jed Dwyer*
JARED E. DWYER
Florida Bar No. 104082
