## EXHIBIT A

| | BATE(S) No. | DATE | DOCUMENT TYPE | AUTHOR(S)/ FROM | RECEIPIENTS /TO | PRIVILEGE CLAIM | SUMMARY |
|---|---|---|---|---|---|---|---|
| 1 | 03-005201 - 03-005205 | 8/21/2019 | Email string | Bonnie Covey, Esq. | Steven Anderson, Esq.; Mitchel Ochs, Esq.; Gustavo Hernandez and 3 GPW residents | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice re: 3 GPW arbitration and / or conversion of 3 GPW to a coop |
| 2 | 03-005206 - 03-005210 | 11/22/2019 | Email string | Jill Levy Reiter, Esq. | Bonnie Covey, Esq.; Gustavo Hernandez and 3 GPW residents | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice re: 3 GPW arbitration and / or conversion of 3 GPW to a coop |
| 3 | 03-005211 - 03-005212 | 7/9/2019 | Email string | Bonnie Covey, Esq. | Gustavo Hernandez and 3 GPW residents | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice re: 3 GPW arbitration and / or conversion of 3 GPW to a coop |
| 4 | 03-005213 - 03-005215 | 7/10/2019 | Email string | Bonnie Covey, Esq. | Gustavo Hernandez and 3 GPW residents | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice re: 3 GPW arbitration and / or conversion of 3 GPW to a coop |
| 5 | 03-005216 - 03-005217 | 7/15/2019 | Email string | Bonnie Covey, Esq. | Gustavo Hernandez and 3 GPW residents | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice re: 3 GPW arbitration and / or conversion of 3 GPW to a coop |

**EXHIBIT A**

| | BATE(S) No. | DATE | DOCUMENT TYPE | AUTHOR(S)/ FROM | RECEIPIENTS /TO | PRIVILEGE CLAIM | SUMMARY |
|---|---|---|---|---|---|---|---|
| 6 | 03-005218 - 03-005220 | 9/5/2019 | Email string | Bonnie Covey, Esq. | Steven Anderson, Esq.; Gustavo Hernandez and 3 GPW residents | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice re: 3 GPW arbitration and / or conversion of 3 GPW to a coop |
| 7 | 03-005221 - 03-005223 | 9/6/2019 | Email string | Bonnie Covey, Esq. | Steven Anderson, Esq.; Gustavo Hernandez and other 3 GPW residents | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice re: 3 GPW arbitration and / or conversion of 3 GPW to a coop |
| 8 | 03-005224 03-005228 | 9/9/2019 | Email | Bonnie Covey, Esq. | Gustavo Hernandez and other 3 GPW residents | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice re: 3 GPW arbitration and / or conversion of 3 GPW to a coop |
| 9 | 03-005443 - 03-005446 | 9/9/2019 | Email string with attachments | Bonnie Covey, Esq. | Steven Anderson, Esq.; Gustavo Hernandez and other 3 GPW residents | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice re: 3 GPW arbitration and / or conversion of 3 GPW to a coop |
| 10 | 03-005229 - 03-005232 | 9/10/2019 | Email string | Bonnie Covey, Esq. | Steven Anderson, Esq.; Gustavo Hernandez and 3 GPW residents | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice re: 3 GPW arbitration and / or conversion of 3 GPW to a coop |

*US v. Hernandez,* 18-cr-20685
Hernandez's Privilege Log
Subpoena Issued May 13, 2021

**EXHIBIT A**

| | BATE(S) No. | DATE | DOCUMENT TYPE | AUTHOR(S)/ FROM | RECEIPIENTS /TO | PRIVILEGE CLAIM | SUMMARY |
|---|---|---|---|---|---|---|---|
| 11 | 03-005233 - 03-005234 | 9/23/2019 | Email string | Bonnie Covey, Esq. | Steven Anderson, Esq.; Gustavo Hernandez and 3 GPW residents | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice re: 3 GPW arbitration and / or conversion of 3 GPW to a coop |
| 12 | 03-005235 - 03-005236 | 9/24/2019 | Email string | Bonnie Covey, Esq. | Steven Anderson, Esq.; Gustavo Hernandez and other 3 GPW residents | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice re: 3 GPW arbitration and / or conversion of 3 GPW to a coop |
| 13 | 03-005237 03-005238 | 9/24/2019 | Email string | Bonnie Covey, Esq. | Jill Levy Reiter, Esq.; Gustavo Hernandez and Olympia de Castro | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice re: 3 GPW arbitration and / or conversion of 3 GPW to a coop |
| 14 | 03-005239 - 03-005241 | 10/11/2019 | Email string | Bonnie Covey, Esq. | Steven Anderson, Esq.; Gustavo Hernandez and 3 GPW residents | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice re: 3 GPW arbitration and / or conversion of 3 GPW to a coop |
| 15 | 03-005242 | 10/14/2019 | Email with attachment | Bonnie Covey, Esq. | Gustavo Hernandez and 3 GPW residents | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice re: 3 GPW arbitration and / or conversion of 3 GPW to a coop |

*US v. Hernandez,*  18-cr-20685
Hernandez's Privilege Log
Subpoena Issued May 13, 2021

**EXHIBIT A**

| | BATE(S) No. | DATE | DOCUMENT TYPE | AUTHOR(S)/ FROM | RECEIPIENTS /TO | PRIVILEGE CLAIM | SUMMARY |
|---|---|---|---|---|---|---|---|
| 16 | 03-005243 - 03-005245 | 10/11/2019 | Email string | Bonnie Covey, Esq. | Steven Anderson, Esq.; Gustavo Hernandez and 3 GPW residents | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice re: 3 GPW arbitration and / or conversion of 3 GPW to a coop |
| 17 | 03-005246 - 03-005247 | 11/5/2019 | Email string | Bonnie Covey, Esq. | Gustavo Hernandez and 3 GPW residents | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice re: 3 GPW arbitration and / or conversion of 3 GPW to a coop |
| 18 | 03-005248 - 03-005249 | 6/26/2019 | Email string | Mitchel Ochs, Esq. | Bonnie Covey, Esq ; Steven Anderson, Esq ; Gustavo Hernandez and 3 GPW residents | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice re: 3 GPW arbitration and / or conversion of 3 GPW to a coop |
| 19 | 03-005250 - 03-005251 | 2/11/2019 | Letter | Steven Anderson, Esq. | Gustavo Hernandez and 3 GPW residents | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice re: 3 GPW arbitration and / or conversion of 3 GPW to a coop |
| 20 | 03-005252 - 03-005254 | 2/12/2019 | Email string | Steven Anderson, Esq. | Mitchel Ochs, Esq.; Gustavo Hernandez and 3 GPW residents | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice re: 3 GPW arbitration and / or conversion of 3 GPW to a coop |

*US v. Hernandez,* 18-cr-20685
Hernandez's Privilege Log
Subpoena Issued May 13, 2021

**EXHIBIT A**

| | BATE(S) No. | DATE | DOCUMENT TYPE | AUTHOR(S)/ FROM | RECEIPIENTS /TO | PRIVILEGE CLAIM | SUMMARY |
|---|---|---|---|---|---|---|---|
| 21 | 03-005255 - 03-005259 | 2/15/2019 | Email string with attachments | Steven Anderson, Esq. | Mitchel Ochs, Esq.; Gustavo Hernandez and 3 GPW residents | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice re: 3 GPW arbitration and / or conversion of 3 GPW to a coop |
| 22 | 03-005260 | 2/19/2019 | Email with attachments | Steven Anderson, Esq. | Gustavo Hernandez and 3 GPW residents | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice re: 3 GPW arbitration and / or conversion of 3 GPW to a coop |
| 23 | 03-005261 - 03-005263 | 2/21/2019 | Email string | Steven Anderson, Esq. | Mitchel Ochs, Esq.; Gustavo Hernandez and 3 GPW residents | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice re: 3 GPW arbitration and / or conversion of 3 GPW to a coop |
| 24 | 03-005264 | 2/26/2019 | Email | Steven Anderson, Esq. | Gustavo Hernandez and 3 GPW residents | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice re: 3 GPW arbitration and / or conversion of 3 GPW to a coop |
| 25 | 03-005265 - 03-005268 | 2/27/2019 | Email string | Steven Anderson, Esq. | Mitchel Ochs, Esq ; Gustavo Hernandez and 3 GPW residents | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice re: 3 GPW arbitration and / or conversion of 3 GPW to a coop |

**EXHIBIT A**

| | BATE(S) No. | DATE | DOCUMENT TYPE | AUTHOR(S)/ FROM | RECEIPIENTS /TO | PRIVILEGE CLAIM | SUMMARY |
|---|---|---|---|---|---|---|---|
| 26 | 03-005269 - 03-005274 | 3/1/2019 | Email string | Steven Anderson, Esq. | Mitchel Ochs, Esq.; Gustavo Hernandez and 3 GPW residents | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice re: 3 GPW arbitration and / or conversion of 3 GPW to a coop |
| 27 | 03-005275 - 03-005277 | 3/5/2019 | Email string | Steven Anderson, Esq. | Mitchel Ochs, Esq.; Gustavo Hernandez and 3 GPW residents | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice re: 3 GPW arbitration and / or conversion of 3 GPW to a coop |
| 28 | 03-005278 - 03-005280 | 3/7/2019 | Email string | Steven Anderson, Esq. | Mitchel Ochs, Esq.; Gustavo Hernandez and 3 GPW residents | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice re: 3 GPW arbitration and / or conversion of 3 GPW to a coop |
| 29 | 03-005281 - 03-005283 | 3/7/2019 | Email string | Steven Anderson, Esq. | Mitchel Ochs, Esq.; Gustavo Hernandez and 3 GPW residents | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice re: 3 GPW arbitration and / or conversion of 3 GPW to a coop |
| 30 | 03-005284 - 03-005286 | 3/21/2019 | Email string | Steven Anderson, Esq. | Mitchel Ochs, Esq.; Gustavo Hernandez and 3 GPW residents | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice re: 3 GPW arbitration and / or conversion of 3 GPW to a coop |

**EXHIBIT A**

| | BATE(S) No. | DATE | DOCUMENT TYPE | AUTHOR(S)/ FROM | RECEIPIENTS /TO | PRIVILEGE CLAIM | SUMMARY |
|---|---|---|---|---|---|---|---|
| 31 | 03-005287 - 03-005290 | 3/21/2019 | Email string | Steven Anderson, Esq. | Mitchel Ochs, Esq.; Gustavo Hernandez and 3 GPW residents | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice re: 3 GPW arbitration and / or conversion of 3 GPW to a coop |
| 32 | 03-005291 - 03-005292 | 3/25/2019 | Email string | Steven Anderson, Esq. | Mitchel Ochs, Esq.; Gustavo Hernandez and 3 GPW residents | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice re: 3 GPW arbitration and / or conversion of 3 GPW to a coop |
| 33 | 03-005293 - 03-005295 | 3/29/2019 | Email string | Steven Anderson, Esq. | Mitchel Ochs, Esq.; Gustavo Hernandez and 3 GPW residents | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice re: 3 GPW arbitration and / or conversion of 3 GPW to a coop |
| 34 | 03-005298 - 03-005299 | 4/4/2019 | Email | Steven Anderson, Esq. | Mitchel Ochs, Esq.; Gustavo Hernandez and 3 GPW residents | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice re: 3 GPW arbitration and / or conversion of 3 GPW to a coop |
| 35 | 03-005300 - 03-005301 | 4/10/2019 | Email string | Steven Anderson, Esq. | Mitchel Ochs, Esq.; Gustavo Hernandez and 3 GPW residents | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice re: 3 GPW arbitration and / or conversion of 3 GPW to a coop |

**EXHIBIT A**

| | BATE(S) No. | DATE | DOCUMENT TYPE | AUTHOR(S)/ FROM | RECEIPIENTS /TO | PRIVILEGE CLAIM | SUMMARY |
|---|---|---|---|---|---|---|---|
| 36 | 03-005302 - 03-005303 | 7/31/2019 | Email string | Steven Anderson, Esq. | Mitchel Ochs, Esq.; Gustavo Hernandez and 3 GPW residents | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice re: 3 GPW arbitration and / or conversion of 3 GPW to a coop |
| 37 | 03-005304 - 03-005305 | 8/20/2019 | Email string | Steven Anderson, Esq. | Mitchel Ochs, Esq.; Gustavo Hernandez and 3 GPW residents | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice re: 3 GPW arbitration and / or conversion of 3 GPW to a coop |
| 38 | 03-005306 03-005307 | 8/21/2019 | Email | Steven Anderson, Esq. | Mitchel Ochs, Esq.; Gustavo Hernandez and 3 GPW residents | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice re: 3 GPW arbitration and / or conversion of 3 GPW to a coop |
| 39 | 03-005308 - 03-005309 | 8/22/2019 | Email string | Steven Anderson, Esq. | Bonnie Covey, Esq.; Mitchel Ochs, Esq.; Gustavo Hernandez and 3 GPW residents | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice re: 3 GPW arbitration and / or conversion of 3 GPW to a coop |
| 40 | 03-005310 - 03-005312 | 8/29/2019 | Email string | Bonnie Covey, Esq. | Gustavo Hernandez and 3 GPW resident | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice re: 3 GPW arbitration and / or conversion of 3 GPW to a coop |

*US v. Hernandez,* 18-cr-20685
Hernandez's Privilege Log
Subpoena Issued May 13, 2021

**EXHIBIT A**

| | BATE(S) No. | DATE | DOCUMENT TYPE | AUTHOR(S)/ FROM | RECEIPIENTS /TO | PRIVILEGE CLAIM | SUMMARY |
|---|---|---|---|---|---|---|---|
| 41 | 03-005313 - 03-005314 | 8/23/2019 | Email | Steven Anderson, Esq. | Mitchel Ochs, Esq ; Gustavo Hernandez and 3 GPW residents | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice re: 3 GPW arbitration and / or conversion of 3 GPW to a coop |
| 42 | 03-005315 | 9/3/2019 | Email | Steven Anderson, Esq. | Bonnie Covery, Esq.; Gustavo Hernandez and 3 GPW residents | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice re: 3 GPW arbitration and / or conversion of 3 GPW to a coop |
| 43 | 03-005316 - 03-005317 | 9/24/2019 | Email | Steven Anderson, Esq. | Mitchel Ochs, Esq ; Gustavo Hernandez and 3 GPW residents | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice re: 3 GPW arbitration and / or conversion of 3 GPW to a coop |
| 44 | 03-005318 - 03-005319 | 9/25/2019 | Email string | Steven Anderson, Esq. | Mitchel Ochs, Esq.; Gustavo Hernandez and 3 GPW residents | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice re: 3 GPW arbitration and / or conversion of 3 GPW to a coop |
| 45 | 03-005320 - 03-005321 | 9/26/2019 | Email string | Steven Anderson, Esq. | Bonnie Covey, Esq.; Mitchel Ochs, Esq.; Gustavo Hernandez and 3 GPW residents | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice re: 3 GPW arbitration and / or conversion of 3 GPW to a coop |

*US v. Hernandez,* 18-cr-20685
Hernandez's Privilege Log
Subpoena Issued May 13, 2021

**EXHIBIT A**

| | BATE(S) No. | DATE | DOCUMENT TYPE | AUTHOR(S)/ FROM | RECEIPIENTS /TO | PRIVILEGE CLAIM | SUMMARY |
|---|---|---|---|---|---|---|---|
| 46 | 03-005322 - 03-005323 | 9/26/2019 | Email string | Steven Anderson, Esq. | Bonnie Covey, Esq.; Mitchel Ochs, Esq.; Gustavo Hernandez and 3 GPW residents | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice re: 3 GPW arbitration and / or conversion of 3 GPW to a coop |
| 47 | 03-005296 - 03-005297 | 4/3/19 | Email string | Steven Anderson, Esq. | Paul Kolbusz; Melissa Sargeantson; Gustavo Hernandez and 3 GPW residents | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice re: 3 GPW arbitration and / or conversion of 3 GPW to a coop |
| 48 | 03-005419 - 03-005422 | 9/25/2020 | Email string | Margot Moss, Esq. | David Oscar Markus, Esq;. Olympia De Castro; Gustavo Hernandez | Attorney/Client Work Product Joint Defense | Communications regarding joint legal strategy |
| 49 | 03-005413 - 03-005415 | 1/27/2021 | Email string | Margot Moss, Esq. | Michael Pasano, Esq.; Guy Rasco, Esq.; Ben Curtis, Esq.; Gustavo Hernandez | Attorney/Client Work Product Joint Defense | Communications regarding joint legal strategy |
| 50 | 03-005431 - 03-005436 | 1/31/2021 | Email string | Margot Moss, Esq. | Gustavo Hernandez; David Oscar Markus, Esq.; Michael Pasano, Esq.; Ben Curtis, Esq.; Vanessa Singh Johannes, Esq.; Howard Srebnick, Esq.; Jackie Perczek, Esq. | Attorney/Client Work Product Joint Defense | Communications regarding joint legal strategy |
| 51 | 03-005437 | 2/2/2021 | Email string with attachment | Margot Moss, Esq. | Gustavo Hernandez; Michael Pasano, Esq. | Attorney/Client Work Product Joint Defense | Communications regarding joint legal strategy |

**EXHIBIT A**

| | BATE(S) No. | DATE | DOCUMENT TYPE | AUTHOR(S)/ FROM | RECEIPIENTS /TO | PRIVILEGE CLAIM | SUMMARY |
|---|---|---|---|---|---|---|---|
| 52 | 03-005438 - 03-005440 | 2/3/2021 | Email string | Margot Moss, Esq. | Gustavo Hernandez; Michael Pasano, Esq. | Attorney/Client Work Product Joint Defense | Communications regarding joint legal strategy |
| 53 | 03-005441 - 03-005442 | 4/8/2021 | Email string | Margot Moss, Esq. | Michael Pasano, Esq.; Jackie Perczek, Esq.; Howard Srebnick, Esq.; Michèle van Meeteren, Esq.; Gustavo Hernandez | Attorney/Client Work Product Joint Defense | Communications regarding joint legal strategy |
| 54 | 03-005451 - 03-005454 | 3/17/2021 | Email string | Gwendolyn Richards, Esq. | Gustavo Hernandez; Tim Richards, Esq. | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice |
| 55 | 03-005460 - 03-005466 | 3/19/2021 | Email string | Gwendolyn Richards, Esq. | Gustavo Hernandez; Tim Richards, Esq. | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice |
| 56 | 03-005447 - 03-005450 | 3/23/2021 | Email string | Gwendolyn Richards, Esq. | William Newton III, Esq.; Tim Richards, Esq.; Gustavo Hernandez | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice |
| 57 | 03-005478 - 03-005479 | 4/12/2021 | Email string with attachment | Tim Richards, Esq. | Gustavo Hernandez | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice |
| 58 | 03-005477 | 4/14/2021 | Email with attachment | Tim Richards, Esq. | Gustavo Hernandez | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice |

*US v. Hernandez,* 18-cr-20685
Hernandez's Privilege Log
Subpoena Issued May 13, 2021

**EXHIBIT A**

| | BATE(S) No. | DATE | DOCUMENT  TYPE | AUTHOR(S)/ FROM | RECEIPIENTS /TO | PRIVILEGE CLAIM | SUMMARY |
|---|---|---|---|---|---|---|---|
| 59 | 03-005475 - 03-005476 | 4/15/2021 | Email string | Tim Richards, Esq. | Gustavo Hernandez; Howard Srebnick, Esq.; Jackie Perczek, Esq.; Michael Pasano, Esq.; Juan Carlos Gomez | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice |
| 60 | 03-005470 - 03-005474 | 4/16/2021 | Email string | Tim Richards, Esq. | Gustavo Hernandez | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice |
| 61 | 03-005468 | 4/27/2021 | Email with attachment | Tim Richards, Esq. | Tim Matthews, Esq.; Gwendolyn Richards, Esq.; Gustavo Hernandez; | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice |
| 62 | 03-005469 | 4/27/2021 | Email with attachment | Tim Richards, Esq. | Tim Matthews, Esq.; Gwendolyn Richards, Esq.; Gustavo Hernandez | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice |
| 63 | 03-005345 - 03-005346 | 8/31/2020 | Email string | Guy Rasco, Esq. | Gustavo Hernandez | Attorney/Client Work Product Joint Defense | Communications regarding joint legal strategy |
| 64 | 03-005347 - 03-005348 | 9/10/2020 | Email string | Guy Rasco, Esq. | Gustavo Hernandez; Olympia De Castro | Attorney/Client Work Product Joint Defense | Communications regarding joint legal strategy |
| 65 | 03-005349 - 03-005350 | 9/21/2020 | Email string | Guy Rasco, Esq. | Gustavo Hernandez | Attorney/Client Work Product Joint Defense | Communications regarding joint legal strategy |
| 66 | 03-005351 - 03-005352 | 9/22/2020 | Email string | Guy Rasco, Esq. | Gustavo Hernandez; Olympia De Castro | Attorney/Client Work Product Joint Defense | Communications regarding joint legal strategy |

*US v. Hernandez,*  18-cr-20685
Hernandez's Privilege Log
Subpoena Issued May 13, 2021

**EXHIBIT A**

| | BATE(S) No. | DATE | DOCUMENT TYPE | AUTHOR(S)/ FROM | RECEIPIENTS /TO | PRIVILEGE CLAIM | SUMMARY |
|---|---|---|---|---|---|---|---|
| 67 | 03-005353 - 03-005354 | 9/25/2020 | Email string with attachment | Guy Rasco, Esq. | Gustavo Hernandez; Olympia De Castro. | Attorney/Client Work Product Joint Defense | Communications regarding joint legal strategy |
| 68 | 03-005355 - 03-005356 | 10/22/2020 | Email string with attachment | Guy Rasco, Esq. | Gustavo Hernandez; Olympia De Castro | Attorney/Client Work Product Joint Defense | Communications regarding joint legal strategy |
| 69 | 03-005357 | 10/30/2020 | Email string with attachments | Guy Rasco, Esq. | Gustavo Hernandez; Olympia De Castro | Attorney/Client Work Product Joint Defense | Communications regarding joint legal strategy |
| 70 | 03-005358 - 03-005362 | 11/9/2020 | Email string with attachment | Guy Rasco, Esq. | Gustavo Hernandez; Olympia De Castro | Attorney/Client Work Product Joint Defense | Communications regarding joint legal strategy |
| 71 | 03-005363 - 03-005364 | 11/27/2020 | Email string with attachment | Guy Rasco, Esq. | Gustavo Hernandez; Olympia De Castro | Attorney/Client Work Product Joint Defense | Communications regarding joint legal strategy |
| 72 | 03-005365 - 03-005366 | 11/30/2020 | Email string | Guy Rasco, Esq. | Gustavo Hernandez; Olympia De Castro | Attorney/Client Work Product Joint Defense | Communications regarding joint legal strategy |

*US v. Hernandez,* 18-cr-20685
Hernandez's Privilege Log
Subpoena Issued May 13, 2021

**EXHIBIT A**

| | BATE(S) No. | DATE | DOCUMENT TYPE | AUTHOR(S)/ FROM | RECEIPIENTS /TO | PRIVILEGE CLAIM | SUMMARY |
|---|---|---|---|---|---|---|---|
| 73 | 03-005367 - 03-005368 | 12/21/2020 | Email string | Guy Rasco, Esq. | Gustavo Hernandez | Attorney/Client Work Product Joint Defense | Communications regarding joint legal strategy |
| 74 | 03-005369 - 03-005376 | 12/24/2020 | Email string | Guy Rasco, Esq. | Gustavo Hernandez; Michael Pasano, Esq. | Attorney/Client Work Product Joint Defense | Communications regarding joint legal strategy |
| 75 | 03-005377 - 03-005378 | 12/27/2020 | Email string | Guy Rasco, Esq. | Gustavo Hernandez | Attorney/Client Work Product Joint Defense | Communications regarding joint legal strategy |
| 76 | 03-005379 - 03-005382 | 12/30/2020 | Email string | Guy Rasco, Esq. | Gustavo Hernandez; Olympia De Castro | Attorney/Client Work Product Joint Defense | Communications regarding joint legal strategy |
| 77 | 03-005324 - 03-005325 | 1/27/2021 | Email string with attachment | Guy Rasco, Esq. | Gustavo Hernandez; Michael Pasano, Esq. | Attorney/Client Work Product Joint Defense | Communications regarding joint legal strategy |
| 78 | 03-005326 - 03-005328 | 1/27/2021 | Email string with attachment | Guy Rasco, Esq. | Gustavo Hernandez; Michael Pasano, Esq. | Attorney/Client Work Product Joint Defense | Communications regarding joint legal strategy |
| 79 | 03-005329 | 1/28/2021 | Email string | Guy Rasco, Esq. | Gustavo Hernandez; Michael Pasano, Esq; Margot Moss, Esq. | Attorney/Client Work Product Joint Defense | Communications regarding joint legal strategy |
| 80 | 03-005330 | 2/2/2021 | Email with attachment | Guy Rasco, Esq. | Gustavo Hernandez; Michael Pasano, Esq. | Attorney/Client Work Product Joint Defense | Communications regarding joint legal strategy |

**EXHIBIT A**

| | BATE(S) No. | DATE | DOCUMENT TYPE | AUTHOR(S)/ FROM | RECEIPIENTS /TO | PRIVILEGE CLAIM | SUMMARY |
|---|---|---|---|---|---|---|---|
| 81 | 03-005331 - 03-005335 | 2/7/2021 | Email string | Guy Rasco, Esq. | Gustavo Hernandez; Michael Pasano, Esq; Margot Moss, Esq.; Howard Srebnick, Esq.; Jackie Perczek, Esq. | Attorney/Client Work Product Joint Defense | Communications regarding joint legal strategy |
| 82 | 03-005336 - 03-005338 | 2/17/2021 | Email string | Guy Rasco, Esq. | Gustavo Hernandez; Michael Pasano, Esq. | Attorney/Client Work Product Joint Defense | Communications regarding joint legal strategy |
| 83 | 03-005339 - 03-005342 | 2/18/2021 | Email string | Guy Rasco, Esq. | Gustavo Hernandez; Michael Pasano, Esq; Howard Srebnick, Esq. | Attorney/Client Work Product Joint Defense | Communications regarding joint legal strategy |
| 84 | 03-005343 - 03-005344 | 3/8/2021 | Email string | Guy Rasco, Esq. | Gustavo Hernandez; Michael Pasano, Esq. | Attorney/Client Work Product Joint Defense | Communications regarding joint legal strategy |
| 85 | 03-005706 - 03-005708 | 11/5/18 | Email string with attachment | Frank Rosillo, CPA, MST | Michael Pasano, Esq.; Gustavo Hernandez | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice |
| 86 | 03-005538 | 1/23/19 | Email | Frank Rosillo, CPA, MST | Michael Pasano, Esq.; Gustavo Hernandez; Olympia de Castro | Attorney/Client Work Product Joint Defense | Communications pursuant to / in furtherance of legal advice |
| 87 | 03-005539 - 03-005541 | 1/24/19 | Email string | Frank Rosillo, CPA, MST | Jeffrey Neiman, Esq.; Gustavo Hernandez | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice |
| 88 | 03-005542 - 03-005543 | 1/24/19 | Email string with attachment | Frank Rosillo, CPA, MST | Jeffrey Neiman, Esq.; Gustavo Hernandez | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice |
| 89 | 03-005544 - 03-005545 | 1/24/19 | Email string with attachment | Frank Rosillo, CPA, MST | Jeffrey Neiman, Esq.; Gustavo Hernandez | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice |

**EXHIBIT A**

| | BATE(S) No. | DATE | DOCUMENT TYPE | AUTHOR(S)/ FROM | RECEIPIENTS /TO | PRIVILEGE CLAIM | SUMMARY |
|---|---|---|---|---|---|---|---|
| 90 | 03-005546 - 03-005547 | 1/24/19 | Email string with attachment | Frank Rosillo, CPA, MST | Jeffrey Neiman, Esq.; Gustavo Hernandez | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice |
| 91 | 03-005548 - 03-005549 | 1/24/19 | Email string with attachment | Frank Rosillo, CPA, MST | Jeffrey Neiman, Esq.; Gustavo Hernandez | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice |
| 92 | 03-005550 - 03-005551 | 1/24/19 | Email string with attachment | Frank Rosillo, CPA, MST | Jeffrey Neiman, Esq.; Gustavo Hernandez | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice |
| 93 | 03-005552 - 03-005555 | 1/25/19 | Email string with attachment | Frank Rosillo, CPA, MST | Jeffrey Neiman, Esq.; Gustavo Hernandez | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice |
| 94 | 03-005743 - 03-005747 | 2/11/19 | Email string | Frank Rosillo, CPA, MST | Jeffrey Neiman, Esq.; Gustavo Hernandez; Olympia de Castro | Attorney/Client Work Product Joint Defense | Communications pursuant to / in furtherance of legal advice |
| 95 | 03-006289 - 03-006294 | 3/4/19 | Email string | Frank Rosillo, CPA, MST | Jeffrey Neiman, Esq.; Gustavo Hernandez | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice |
| 96 | 03-006284 - 03-006288 | 3/4/19 | Email string | Jeffrey Neiman, Esq. | Frank Rosillo, CPA, MST; Gustavo Hernandez | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice |
| 97 | 03-006280 - 03-006283 | 3/4/19 | Email string | Jeffrey Neiman, Esq. | Frank Rosillo, CPA, MST; Gustavo Hernandez | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice |
| 98 | 03-006297 | 3/17/20 | Email string | Jeffrey Neiman, Esq. | Frank Rosillo, CPA, MST; Gustavo Hernandez | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice |
| 99 | 03-006295 - 03-006296 | 3/17/20 | Email string | Jeffrey Neiman, Esq. | Frank Rosillo, CPA, MST; Gustavo Hernandez | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice |

**EXHIBIT A**

| | BATE(S) No. | DATE | DOCUMENT TYPE | AUTHOR(S)/ FROM | RECEIPIENTS /TO | PRIVILEGE CLAIM | SUMMARY |
|---|---|---|---|---|---|---|---|
| 100 | 03-005740 - 03-005742 | 3/18/20 | Email string | Jeffrey Neiman, Esq. | Frank Rosillo, CPA, MST; Gustavo Hernandez | Attorney/Client Work Product | Communications pursuant to / in furtherance of legal advice |
| 101 | 03-005481 | 1/15/21 | Email | Frank Rosillo, CPA, MST | Gustavo Hernandez | Attorney/Client | Communications pursuant to / in furtherance of legal advice |
| 102 | 03-005556 - 03-005557 | 1/29/19 | Email string | Frank Rosillo, CPA, MST | Gustavo Hernandez; Olympia de Castro | Attorney/Client Work Product Joint Defense | Communications pursuant to / in furtherance of legal advice |
| 103 | 03-005558 - 03-005562 | 1/30/19 | Email string | Frank Rosillo, CPA, MST | Gustavo Hernandez; Olympia de Castro | Attorney/Client Work Product Joint Defense | Communications pursuant to / in furtherance of legal advice |
| 104 | 03-005563 | 2/13/19 | Email | Gustavo Hernandez | Frank Rosillo, CPA, MST; Olympia de Castro | Attorney/Client Work Product Joint Defense | Communications pursuant to / in furtherance of legal advice |
| 105 | 03-005603 - 03-005606 | 4/1/19 | Email string | Frank Rosillo, CPA, MST | Gustavo Hernandez | Attorney/Client | Communications pursuant to / in furtherance of legal advice |
| 106 | 03-005607 | 4/1/19 | Email | Frank Rosillo, CPA, MST | Gustavo Hernandez; Olympia de Castro | Attorney/Client Work Product Joint Defense Marital Communications | Communications pursuant to / in furtherance of legal advice |

*US v. Hernandez,* 18-cr-20685
Hernandez's Privilege Log
Subpoena Issued May 13, 2021

**EXHIBIT A**

| | BATE(S) No. | DATE | DOCUMENT TYPE | AUTHOR(S)/ FROM | RECEIPIENTS /TO | PRIVILEGE CLAIM | SUMMARY |
|---|---|---|---|---|---|---|---|
| 107 | 03-005608 | 4/1/19 | Email | Frank Rosillo, CPA, MST | Gustavo Hernandez; Olympia de Castro | Attorney/Client Work Product Joint Defense | Communications pursuant to / in furtherance of legal advice |
| 108 | 03-005609 - 03-005613 | 4/2/19 | Email string | Frank Rosillo, CPA, MST | Gustavo Hernandez; Olympia de Castro | Attorney/Client Work Product Joint Defense | Communications pursuant to / in furtherance of legal advice |
| 109 | 03-005614 - 03-005615 | 4/11/19 | Email string | Frank Rosillo, CPA, MST | Gustavo Hernandez; Olympia de Castro | Attorney/Client Work Product Joint Defense | Communications pursuant to / in furtherance of legal advice |
| 110 | 03-005618 - 03-005622 | 4/12/19 | Email string | Frank Rosillo, CPA, MST | Gustavo Hernandez; Olympia de Castro | Attorney/Client Work Product Joint Defense | Communications pursuant to / in furtherance of legal advice |
| 111 | 03-005634 - 03-005636 | 6/16/21 | Email string | Frank Rosillo, CPA, MST | Gustavo Hernandez | Attorney/Client | Communications pursuant to / in furtherance of legal advice |
| 112 | 03-005639 - 03-005640 | 6/21/21 | Email string | Frank Rosillo, CPA, MST | Gustavo Hernandez | Attorney/Client | Communications pursuant to / in furtherance of legal advice |
| 113 | 03-005641 - 03-005642 | 6/21/21 | Email string | Frank Rosillo, CPA, MST | Gustavo Hernandez | Attorney/Client | Communications pursuant to / in furtherance of legal advice |

**EXHIBIT A**

|  | BATE(S) No. | DATE | DOCUMENT TYPE | AUTHOR(S)/ FROM | RECEIPIENTS /TO | PRIVILEGE CLAIM | SUMMARY |
|---|---|---|---|---|---|---|---|
| 114 | 03-005643 - 03-005645 | 4/2/19 | Email string | Frank Rosillo, CPA, MST | Gustavo Hernandez; Olympia de Castro | Attorney/Client Joint Defense | Communications pursuant to / in furtherance of legal advice |
| 115 | 03-005650 - 03-005660 | 9/9/20 | Email string | Frank Rosillo, CPA, MST | Gustavo Hernandez; William I. Kolbert, CPA | Attorney/Client | Communications pursuant to / in furtherance of legal advice |
| 116 | 03-005661 - 03-005662 | 9/9/20 | Email string with attachment | Frank Rosillo, CPA, MST | Gustavo Hernandez | Attorney/Client | Communications pursuant to / in furtherance of legal advice |
| 117 | 03-005663 - 03-005667 | 9/15/20 | Email string with attachment | Frank Rosillo, CPA, MST | Gustavo Hernandez | Attorney/Client | Communications pursuant to / in furtherance of legal advice |
| 118 | 03-005686 | 11/2/18 | Email with attachment | Frank Rosillo, CPA, MST | Gustavo Hernandez; Olympia de Castro | Attorney/Client Work Product Joint Defense | Communications pursuant to / in furtherance of legal advice |
| 119 | 03-005712 - 03-005716 | 11/7/18 | Email string | Frank Rosillo, CPA, MST | Gustavo Hernandez; Olympia de Castro | Attorney/Client Work Product Joint Defense | Communications pursuant to / in furtherance of legal advice |
| 120 | 03-005726 - 03-005728 | 12/5/18 | Email string | Frank Rosillo, CPA, MST | Gustavo Hernandez; Olympia de Castro | Attorney/Client Work Product Joint Defense | Communications pursuant to / in furtherance of legal advice |

*US v. Hernandez,* 18-cr-20685
Hernandez's Privilege Log
Subpoena Issued May 13, 2021

**EXHIBIT A**

| | BATE(S) No. | DATE | DOCUMENT TYPE | AUTHOR(S)/ FROM | RECEIPIENTS /TO | PRIVILEGE CLAIM | SUMMARY |
|---|---|---|---|---|---|---|---|
| 121 | 03-005729 - 03-005735 | 12/7/18 | Email string | Frank Rosillo, CPA, MST | Gustavo Hernandez; Olympia de Castro | Attorney/Client Work Product Joint Defense | Communications pursuant to / in furtherance of legal advice |
| 122 | 03-005687 - 03-005705 | 11/2/18 | Email string | Frank Rosillo, CPA, MST | Gustavo Hernandez; Olympia de Castro | Attorney/Client Work Product Joint Defense | Communications pursuant to / in furtherance of legal advice |
| 123 | 03-005710 - 03-005711 | 11/5/18 | Email string | Frank Rosillo, CPA, MST | Gustavo Hernandez; Olympia de Castro | Attorney/Client Work Product Joint Defense Marital Communications | Communications pursuant to / in furtherance of legal advice |
| 124 | 03-005717 - 03-005721 | 11/7/18 | Email string | Frank Rosillo, CPA, MST | Gustavo Hernandez; Olympia de Castro | Attorney/Client Work Product Joint Defense Marital Communications | Communications pursuant to / in furtherance of legal advice |
| 125 | 03-005564 - 03-005575 | 3/11/19 | Email string | Frank Rosillo, CPA, MST | Gustavo Hernandez; Olympia de Castro | Attorney/Client Work Product Joint Defense | Communications pursuant to / in furtherance of legal advice |
| 126 | 03-005576 - 03-005602 | 3/20/19 | Email string with attachment | Frank Rosillo, CPA, MST | Gustavo Hernandez | Attorney/Client | Communications pursuant to / in furtherance of legal advice |

*US v. Hernandez,* 18-cr-20685
Hernandez's Privilege Log
Subpoena Issued May 13, 2021

**EXHIBIT A**

| | BATE(S) No. | DATE | DOCUMENT TYPE | AUTHOR(S)/ FROM | RECEIPIENTS /TO | PRIVILEGE CLAIM | SUMMARY |
|---|---|---|---|---|---|---|---|
| 127 | 03-005482 - 03-005537 | 1/21/19 | Email string | Frank Rosillo, CPA, MST | Gustavo Hernandez | Attorney/Client | Communications pursuant to / in furtherance of legal advice |
| 128 | 03-005646 - 03-005649 | 9/3/20 | Email string | Frank Rosillo, CPA, MST | Gustavo Hernandez | Attorney/Client | Communications pursuant to / in furtherance of legal advice |
| 129 | 03-005668 - 03-005677 | 10/12/20 | Email string | Frank Rosillo, CPA, MST | Gustavo Hernandez | Attorney/Client | Communications pursuant to / in furtherance of legal advice |
| 130 | Hernandez asserts the martital communications privilege on emails between Hernandez and Olympia de Castro predating February 10, 2020 (the date of their divorce). | | | | | | |

*US v. Hernandez,* 18-cr-20685
Hernandez's Privilege Log
Subpoena Issued May 13, 2021