UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20685-CR-KMW

UNITED STATES OF AMERICA

vs.

FRANCISCO CONVIT GURUCEAGA, et al.,

Defendants
_____/

## NOTICE

The United States of America, through the undersigned Assistant United States Attorney, hereby provides notice that the United States no longer is seeking forfeiture of the real property located at 3530 Mystic Pointe Drive, Unit 1206, Aventura, Florida 33180, which real property was identified in the Indictment [ECF No. 19] on page 8.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:   */s/ Joshua Paster*
Joshua Paster
Assistant United States Attorney
Court ID No. A5502616
99 N.E. 4th Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9342
Facsimile: (305) 536-4089
joshua.paster@usdoj.gov